# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL JOSEPH LESAK | § | Case No. 11-34825 |
| ELLEN MARIE LESAK | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on 08/25/2011 .   The undersigned trustee was appointed on  08/25/2011 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                   $          109,959.58

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 28,237.24 |
| Bank service fees | 3,204.13 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $          78,518.21 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  01/23/2012  and the deadline for filing governmental claims was  01/23/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 8,333.57 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 8,333.57 , for a total compensation of $ 8,333.57 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 187.00 , for total expenses of $ 187.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/27/2017                    By:/s/BARRY A. CHATZ
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 11-34825 | CAD | Judge: | Carol A. Doyle | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MICHAEL JOSEPH LESAK | | | | Date Filed (f) or Converted (c): | 08/25/2011 (f) |
| | ELLEN MARIE LESAK | | | | 341(a) Meeting Date: | 09/23/2011 |
| For Period Ending: | 03/27/2017 | | | | Claims Bar Date: | 01/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  1315 sf 3 bedroom, 1.5 bathroom single family home | 229,900.00 | 0.00 | | 0.00 | FA |
| 2.  Cash | 60.00 | 0.00 | | 0.00 | FA |
| 3.  Financial Accounts | 296.64 | 0.00 | | 0.00 | FA |
| 4.  Household Goods | 40.00 | 0.00 | | 0.00 | FA |
| 5.  Household Goods | 250.00 | 0.00 | | 0.00 | FA |
| 6.  Household Goods | 40.00 | 0.00 | | 0.00 | FA |
| 7.  Household Goods | 20.00 | 0.00 | | 0.00 | FA |
| 8.  Household Goods | 200.00 | 0.00 | | 0.00 | FA |
| 9.  Household Goods | 200.00 | 0.00 | | 0.00 | FA |
| 10.  Household Goods | 50.00 | 0.00 | | 0.00 | FA |
| 11.  Household Goods | 250.00 | 0.00 | | 0.00 | FA |
| 12.  Household Goods | 70.00 | 0.00 | | 0.00 | FA |
| 13.  Household Goods | 300.00 | 0.00 | | 0.00 | FA |
| 14.  Books / Collectibles | 135.00 | 0.00 | | 0.00 | FA |
| 15.  Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 16.  Furs and Jewelry | 1,100.00 | 0.00 | | 0.00 | FA |
| 17.  Firearms and Hobby Equipment | 800.00 | 0.00 | | 0.00 | FA |
| 18.  Firearms and Hobby Equipment | 300.00 | 0.00 | | 0.00 | FA |
| 19.  Annuities | 247,836.00 | 0.00 | | 109,959.58 | 0.00 |
| 20.  Vehicles | 645.00 | 0.00 | | 0.00 | FA |
| 21.  Worker's Compensation Monthly Benefit (u) | 1,129.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $383,871.64          $0.00          $109,959.58          $0.00

(Total Dollar Amount in Column 6)

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee collecting and administering asset of annuity payments from American General Life Insurance Company; case will be concluded upon collection and distribution of adequate annuity funds to pay claims at 100%

RE PROP #          20    --

RE PROP #          21    --     Ellen Lesak has a Workman's compensation benefit of $1129/month for life.

Initial Projected Date of Final Report (TFR): 12/31/2012          Current Projected Date of Final Report (TFR): 12/31/2018

## FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 11-34825 | Trustee Name: BARRY A. CHATZ |
| Case Name: MICHAEL JOSEPH LESAK | Bank Name: Union Bank |
| ELLEN MARIE LESAK | Account Number/CD#: XXXXXX0466 |
| | Checking |
| Taxpayer ID No: XX-XXX5054 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/27/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9206 | Transfer of Funds | 9999-000 | $55,722.82 | | $55,722.82 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.39 | $55,693.43 |
| 10/15/15 | 19 | AMERICAN GENERAL LIFE INSURANCE COMPANY P.O. BOX 15367 AMARILLO, TX 79105 | LIQUIDATION OF OTHER ASSET | 1129-000 | $5,435.00 | | $61,128.43 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $80.14 | $61,048.29 |
| 11/12/15 | 19 | AMERICAN GENERAL LIFE INSURANCE COMPANY P.O. BOX 15367 AMARILLO, TX 79105 | LIQUIDATION OF OTHER ASSET | 1129-000 | $1,087.00 | | $62,135.29 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.92 | $62,048.37 |
| 12/09/15 | 19 | AMERICAN GENERAL LIFE INSURANCE COMPANHY P.O. BOX 15367 AMARILLO, TX 70105 | LIQUIDATION OF OTHER ASSET | 1129-000 | $1,087.00 | | $63,135.37 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.72 | $63,046.65 |
| 01/19/16 | 19 | AMERICAN GENERAL LIFE INSURANCE COMPANY P.O. BOX 15367 AMARILLO, TX 79105 | LIQUIDATION OF OTHER ASSET | 1129-000 | $1,087.00 | | $64,133.65 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.35 | $64,040.30 |
| 02/10/16 | 19 | AMERICAN GENERAL LIFE INSURANCE COMPANY P.O. BOX 15367 AMARILLO, TX 79105 | LIQUIDATION OF OTHER ASSET | 1129-000 | $1,087.00 | | $65,127.30 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*      Page Subtotals:      $65,505.82      $378.52

Case 11-34825   Doc 73   Filed 03/27/17   Entered 03/27/17 13:10:52   Desc Main
Document   Page 6 of 24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 11-34825 | Trustee Name: BARRY A. CHATZ |
| Case Name: MICHAEL JOSEPH LESAK | Bank Name: Union Bank |
| ELLEN MARIE LESAK | Account Number/CD#: XXXXXX0466 |
| | Checking |
| Taxpayer ID No: XX-XXX5054 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/27/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/17/16 | 400001 | Adams-Levine<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | Bond Premium | 2300-000 | | $61.56 | $65,065.74 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $94.04 | $64,971.70 |
| 03/15/16 | 19 | AMERICAN GENERAL LIFE INSURANCE COMPANY<br>P.O. BOX 15367<br>AMARILLO, TX  79105 | LIQUIDATION OF OTHER ASSET | 1129-000 | $1,087.00 | | $66,058.70 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $89.71 | $65,968.99 |
| 04/08/16 | 19 | AMERICAN GENERAL LIFE INSURANCE COMPANY<br>P.O. BOX 15367<br>AMARILLO, TX  79105 | LIQUIDATION OF OTHER ASSET | 1129-000 | $1,087.00 | | $67,055.99 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.10 | $66,958.89 |
| 05/10/16 | 19 | AMERICAN GENERAL LIFE INSURANCE COMPANY<br>P.O. BOX 15367<br>AMARILLO, TX  79105 | LIQUIDATION OF OTHER ASSET | 1129-000 | $1,087.00 | | $68,045.89 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.64 | $67,950.25 |
| 06/13/16 | 19 | AMERICAN GENERAL LIFE INSURANCE COM<br>P.O. BOX 15367<br>AMARILLO, TX  79105 | LIQUIDATION OF BANK ACCOUNT | 1129-000 | $1,087.00 | | $69,037.25 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $100.31 | $68,936.94 |
| 07/07/16 | 19 | AMERICAN GENERAL LIFE INSURANCE COMPANY<br>P.O. BOX 15367<br>AMARILLO, TX  79105 | LIQUIDATION OF OTHER ASSET | 1129-000 | $1,087.00 | | $70,023.94 |

| | |
|---|---|
| Page Subtotals: | $5,435.00    $538.36 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-34825

Case Name: MICHAEL JOSEPH LESAK

ELLEN MARIE LESAK

Taxpayer ID No: XX-XXX5054

For Period Ending: 03/27/2017

Trustee Name: BARRY A. CHATZ

Bank Name: Union Bank

Account Number/CD#: XXXXXX0466

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.33 | $69,925.61 |
| 08/09/16 | 19 | AMERICAN GENERAL LIFE INSURANCE COMPANY P.O. BOX 15367 AMARILLO, TX 79105 | LIQUIDATION OF OTHER ASSET | 1129-000 | $1,087.00 | | $71,012.61 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $103.40 | $70,909.21 |
| 09/08/16 | 19 | American General Life Insurance Company P.O. Box 15367 Amarillo, TX 79105 | | 1129-000 | $1,087.00 | | $71,996.21 |
| 10/12/16 | 19 | American General Life Insurance Company P.O. Box 15367 Amarillo, TX 79105 | LIQUIDATION OF OTHER ASSET monthly annuity benefit check | 1129-000 | $1,087.00 | | $73,083.21 |
| 11/08/16 | 19 | American General Life Insurance Company P.O. Box 15367 Amarillo, TX 79105 | LIQUIDATION OF OTHER ASSET | 1129-000 | $1,087.00 | | $74,170.21 |
| 12/09/16 | 19 | AMERICAN GENERAL LIFE INSURANCE COMPANY P.O. BOX 79105 AMARILLO,  TX  79150 | LIQUIDATION OF OTHER ASSET | 1129-000 | $1,087.00 | | $75,257.21 |
| 01/17/17 | 19 | AMERICAN GENERAL LIFE INSURANCE COMPANY P.O. BOX 15367 AMARILLO,  TX  79105 | LIQUIDATION OF OTHER ASSET | 1129-000 | $1,087.00 | | $76,344.21 |
| 02/09/17 | 19 | American General Life Insurance Company P.O. BOX 15367 A,aro;;p. TX  79105 | LIQUIDATION OF OTHER ASSET Deposit receipt received and verified by BAC 2/22/17 | 1129-000 | $1,087.00 | | $77,431.21 |
| 03/10/17 | 19 | AMERICAN GENERAL LIFE INSURANCE COMPANY P.O. BOX 15367 AMARILLO,  TX  79105 | LIQUIDATION OF OTHER ASSET | 1129-000 | $1,087.00 | | $78,518.21 |

Exhibit B

| | | |
|---|---|---|
| COLUMN TOTALS | $79,636.82 | $1,118.61 |
| Less: Bank Transfers/CD's | $55,722.82 | $0.00 |
| Subtotal | $23,914.00 | $1,118.61 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $23,914.00 | $1,118.61 |

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 11-34825
Case Name: MICHAEL JOSEPH LESAK
ELLEN MARIE LESAK

Taxpayer ID No: XX-XXX5054
For Period Ending: 03/27/2017

Trustee Name: BARRY A. CHATZ
Bank Name: Congressional Bank
Account Number/CD#: XXXXXX7201
Checking Account
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/01/12 | 19 | ELLEN & MICHAEL LESAK | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $39,304.58 | | $39,304.58 |
| 06/05/12 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. Box 15367Amarillo, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $7,609.00 | | $46,913.58 |
| 06/11/12 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $48,000.58 |
| 07/11/12 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $49,087.58 |
| 07/11/12 | 3001 | COHEN & KROL 105 WEST MADISON STREETSUITE 1100CHICAGO, IL 60602 | ATTORNEY FOR TRUSTEE PURSUANT TO 7/10/12 COURT ORDER | 3210-000 | | $15,064.50 | $34,023.08 |
| 08/13/12 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367AMARILLO, TX  79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $35,110.08 |
| 09/07/12 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367AMARILLO, TX  79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $36,197.08 |
| 10/12/12 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. Box 15367Amarillo, TX  79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $37,284.08 |
| 12/01/12 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367AMARILLO, TX  79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $38,371.08 |
| 12/14/12 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367AMARILLO, TX  79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $39,458.08 |
| 01/11/13 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367AMARILLO, TX  79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $40,545.08 |
| 02/19/13 | | Trsf To BANK OF NEW YORK  MELLON | FINAL TRANSFER | 9999-000 | | $40,545.08 | $0.00 |
| | | | COLUMN TOTALS | | $55,609.58 | $55,609.58 | |
| | | | Page Subtotals: | | $55,609.58 | $55,609.58 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Exhibit B

| | | |
|---|---|---|
| Less: Bank Transfers/CDs | $0.00 | $40,545.08 |
| Subtotal | $55,609.58 | $15,064.50 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $55,609.58 | $15,064.50 |

Page Subtotals:                    $0.00              $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | Exhibit B |
|---|---|---|---|---|---|---|

Case No: 11-34825
Case Name: MICHAEL JOSEPH LESAK
ELLEN MARIE LESAK

Taxpayer ID No: XX-XXX5054
For Period Ending: 03/27/2017

Trustee Name: BARRY A. CHATZ
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX9206
Checking Account
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $40,545.08 | | $40,545.08 |
| 02/19/13 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $41,632.08 |
| 02/21/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Suite 420New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $35.27 | $41,596.81 |
| 03/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $19.80 | $41,577.01 |
| 03/11/13 | 19 | AMERICAN GENERAL LIFE INSURANCE P.O. BOX 15367AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $42,664.01 |
| 04/05/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $62.80 | $42,601.21 |
| 05/01/13 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $43,688.21 |
| 05/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $61.29 | $43,626.92 |
| 05/10/13 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $44,713.92 |
| 06/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $65.69 | $44,648.23 |
| 06/11/13 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $45,735.23 |
| 07/08/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $65.18 | $45,670.05 |
| 07/10/13 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $46,757.05 |
| 08/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $68.94 | $46,688.11 |

Page Subtotals:    $47,067.08    $378.97

Case 11-34825   Doc 73   Filed 03/27/17   Entered 03/27/17 13:10:52   Desc Main
Document   Page 12 of 24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 11-34825 | Trustee Name: BARRY A. CHATZ |
| Case Name: MICHAEL JOSEPH LESAK | Bank Name: The Bank of New York Mellon |
| ELLEN MARIE LESAK | Account Number/CD#: XXXXXX9206 |
| | Checking Account |
| Taxpayer ID No: XX-XXX5054 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/27/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/12/13 | 19 | AMERICAN GENERAL LIFE INSURANCE P.O. BOX 15367AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $47,775.11 |
| 09/09/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $70.40 | $47,704.71 |
| 09/10/13 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $48,791.71 |
| 10/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $69.58 | $48,722.13 |
| 10/11/13 | 19 | AMERICAN GENERAL LIFE INSURANCE COM | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $49,809.13 |
| 11/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $73.32 | $49,735.81 |
| 11/11/13 | 19 | AMERICAN GENERAL LIFE INSURANCE COM PO BOX 15367AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $50,822.81 |
| 12/06/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $72.13 | $50,750.68 |
| 12/10/13 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367AMARILLO, TX  79105 | LITIGATION SETTLEMENT | 1129-000 | $1,087.00 | | $51,837.68 |
| 01/08/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $76.49 | $51,761.19 |
| 01/14/14 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $52,848.19 |
| 02/03/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $43.51 | $52,804.68 |
| 02/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $77.79 | $52,726.89 |
| 02/11/14 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $53,813.89 |

    Page Subtotals:     $7,609.00     $483.22

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 11-34825 | Trustee Name: BARRY A. CHATZ | Exhibit B |
| Case Name: MICHAEL JOSEPH LESAK | Bank Name: The Bank of New York Mellon | |
| ELLEN MARIE LESAK | Account Number/CD#: XXXXXX9206 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX5054 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 03/27/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $71.66 | $53,742.23 |
| 03/13/14 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $54,829.23 |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $80.68 | $54,748.55 |
| 04/16/14 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $55,835.55 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $79.45 | $55,756.10 |
| 05/08/14 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $56,843.10 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $83.94 | $56,759.16 |
| 06/09/14 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $57,846.16 |
| 06/18/14 | 300003 | DAMAR-KAMINSKI FUNERAL HOME 7861 SOUTH 88TH AVENUEJUSTICE, IL 60458 | EXPENSES PURSUANT TO 6/18/14 COURT ORDER | 2200-000 | | $6,445.00 | $51,401.16 |
| 06/18/14 | 300004 | MARY QUEEN OF HEAVEN CEMETERY | EXPENSES PURSUANT TO 6/18/14 COURT ORDER | 2200-000 | | $4,000.00 | $47,401.16 |
| 06/18/14 | 300005 | ELLEN MARIE LESAK | EXPENSES PURSUANT TO 6/18/14 COURT ORDER | 2200-000 | | $2,550.00 | $44,851.16 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $78.24 | $44,772.92 |
| 07/11/14 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $45,859.92 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $67.46 | $45,792.46 |
| 08/08/14 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $46,879.46 |

| | | |
|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 13)* | Page Subtotals: | $6,522.00   $13,456.43 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-34825 | | | Trustee Name: | BARRY A. CHATZ | | Exhibit B |

Case Name:  MICHAEL JOSEPH LESAK

ELLEN MARIE LESAK

Taxpayer ID No: XX-XXX5054

For Period Ending: 03/27/2017

Bank Name:  The Bank of New York Mellon

Account Number/CD#:  XXXXXX9206

Checking Account

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $69.12 | $46,810.34 |
| 09/12/14 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367 AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $10,087.00 | | $56,897.34 |
| 09/12/14 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367 AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $57,984.34 |
| 09/12/14 | 19 | Reverses Deposit # 20 | LIQUIDATION OF OTHER SCHEDULED ASSE CHECK AMOUNT INADVERTENTLY ENTERED AS $10,087.00 INSTEAD OF CORRECT AMOUNT OF $1,087.00 - SEE DEPOSIT IMMEDIATELY FOLLOWING THE REVERSALE OF THIS ENTRY | 1129-000 | ($10,087.00) | | $47,897.34 |
| 10/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $68.13 | $47,829.21 |
| 10/13/14 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367 AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $48,916.21 |
| 11/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $71.94 | $48,844.27 |
| 11/12/14 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367 AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $49,931.27 |
| 12/05/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $71.16 | $49,860.11 |
| 12/24/14 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367 AMARILLO, TX 79105 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,087.00 | | $50,947.11 |
| 01/08/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $74.28 | $50,872.83 |

Page Subtotals: $4,348.00    $354.63

Case 11-34825   Doc 73   Filed 03/27/17   Entered 03/27/17 13:10:52   Desc Main
Document   Page 15 of 24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 11-34825 | Trustee Name: BARRY A. CHATZ |
| Case Name: MICHAEL JOSEPH LESAK | Bank Name: The Bank of New York Mellon |
| ELLEN MARIE LESAK | Account Number/CD#: XXXXXX9206 |
| | Checking Account |
| Taxpayer ID No: XX-XXX5054 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/27/2017 | Separate Bond (if applicable): |

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/04/15 | 300006 | Arthur B. Levine Company Surety Bond Agency 60 East 42nd Street - Room 965 New York, NY 10165 | 2015 Bond Premium | 2300-000 | | $37.40 | $50,835.43 |
| 02/05/15 | 19 | AMERICAN GENERAL LIFE INSURANCE COMPANY P.O. BOX 15367 AMARILLO, TX 79105 | LIQUIDATION OF OTHER ASSET | 1129-000 | $1,087.00 | | $51,922.43 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.64 | $51,846.79 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.50 | $51,777.29 |
| 04/01/15 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367 AMARILLO, TX 79105 | LIQUIDATION OF OTHER ASSET | 1129-000 | $1,087.00 | | $52,864.29 |
| 04/01/15 | 19 | AMERICAN GENERAL LIFE INSURANCE COMPANY P.O. BOX 15367 AMARILLO, TX 79105 | LIQUIDATION OF OTHER ASSET | 1129-000 | $1,087.00 | | $53,951.29 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $78.59 | $53,872.70 |
| 04/13/15 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 15367 AMARILLO, TX 79105 | LIQUIDATION OF OTHER ASSET | 1129-000 | $1,087.00 | | $54,959.70 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $78.24 | $54,881.46 |
| 05/15/15 | 19 | AMERICAN GENERAL LIFE INSURANCE COM P.O. BOX 156387 AMARILLO, TX 79105 | LIQUIDATION OF OTHER ASSET | 1129-000 | $1,087.00 | | $55,968.46 |

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*

Page Subtotals:                $5,435.00          $339.37

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 11-34825 | Trustee Name: BARRY A. CHATZ |
| Case Name: MICHAEL JOSEPH LESAK | Bank Name: The Bank of New York Mellon |
| ELLEN MARIE LESAK | Account Number/CD#: XXXXXX9206 |
| | Checking Account |
| Taxpayer ID No: XX-XXX5054 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/27/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.27 | $55,886.19 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $80.40 | $55,805.79 |
| 08/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.97 | $55,722.82 |
| 08/21/15 | | Transfer to Acct # xxxxxx0466 | Transfer of Funds | 9999-000 | | $55,722.82 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $70,981.08 | $70,981.08 |
| Less: Bank Transfers/CD's | $40,545.08 | $55,722.82 |
| Subtotal | $30,436.00 | $15,258.26 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,436.00 | $15,258.26 |

| Page Subtotals: | $0.00 | $55,968.46 |
|---|---|---|

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0466 - Checking | $23,914.00 | $1,118.61 | $78,518.21 |
| XXXXXX7201 - Checking Account | $55,609.58 | $15,064.50 | $0.00 |
| XXXXXX9206 - Checking Account | $30,436.00 | $15,258.26 | $0.00 |
| | $109,959.58 | $31,441.37 | $78,518.21 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $109,959.58 |
| Total Gross Receipts: | $109,959.58 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-34825-CAD                                                                                          Date: March 27, 2017
Debtor Name: MICHAEL JOSEPH LESAK
Claims Bar Date: 1/23/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2700 | United States Bankruptcy Court 219 South Dearborn Street Chicago, IL 60604 | Administrative | Adversary filing fee 11-02667 | $0.00 | $250.00 | $250.00 |
| 100 2100 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA CHICAGO, IL 60606-0000 | Administrative | | $0.00 | $8,333.57 | $8,333.57 |
| 100 2200 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA CHICAGO, IL 60606-0000 | Administrative | | $0.00 | $187.00 | $187.00 |
| 1 3210 | COHEN & KROL COHEN & KROL | Administrative | | $0.00 | $17,058.00 | $17,058.00 |
| BOND 999 2300 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $78.78 | $78.78 |
| 15A 40 5800 | ILLINOIS DEPT OF REVENUE BANKRUPTCY PO BOX 64338 CHICAGO, IL 60664-0338 | Priority | | $0.00 | $998.47 | $998.47 |
| 999 8200 | Michael Joseph Lesak and Ellen Marie Lesak 1538 Beach Ave La Grange Park, IL 60526-1247 | Unsecured | | $0.00 | $8,288.20 | $8,288.20 |
| 1 70 7100 | ATLAS ACQUISITIONS LLC ASSIGNEE OF GE CAPITAL - SAM'S CLUB 294 UNION ST. HACKENSACK, NJ 07601 | Unsecured | Extended Check Description Notes from conversion: CREDITOR'S NAME. (MODIFIED ON 10/27/11) | $0.00 | $677.59 | $677.59 |
| 2 70 7100 | ATLAS ACQUISITIONS LLC ASSIGNEE OF CITIBANK - SEARS GOLD MASTER 294 UNION ST. HACKENSACK, NJ 07601 | Unsecured | | $0.00 | $3,657.18 | $3,657.18 |

UST Form 101-7-TFR (5/1/2011) *(Page: 18)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-34825-CAD                                                                      Date: March 27, 2017
Debtor Name: MICHAEL JOSEPH LESAK
Claims Bar Date: 1/23/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3<br>70<br>7100 | ATLAS ACQUISITIONS LLC<br>ASSIGNEE OF CITIBANK -<br>CITG CONSUMER<br>294 UNION ST.<br>HACKENSACK, NJ  07601 | Unsecured | | $0.00 | $2,058.68 | $2,058.68 |
| 4<br>70<br>7100 | ATLAS ACQUISITIONS LLC<br>ASSIGNEE OF CITIBANK -<br>SHEL CONSUMER<br>294 UNION ST.<br>HACKENSACK, NJ  07601 | Unsecured | | $0.00 | $594.73 | $594.73 |
| 5<br>70<br>7100 | RJM ACQUISITIONS LLC<br>575 UNDERHILL BLVD<br>SUITE 224<br>SYOSSET, NY  11791 | Unsecured | | $0.00 | $65.08 | $65.08 |
| 6<br>70<br>7100 | NORTH STAR CAPITAL<br>ACQUISITION<br>170 NORTHPOINTE PKWY<br>SUITE 300<br>AMHERST, NY  14228 | Unsecured | | $0.00 | $3,528.03 | $3,528.03 |
| 7<br>70<br>7100 | NORTH STAR CAPITAL<br>ACQUISITION<br>170 NORTHPOINTE PKWY<br>SUITE 300<br>AMHERST, NY  14228 | Unsecured | | $0.00 | $554.99 | $554.99 |
| 8<br>70<br>7100 | FIGI'S INC.<br>ATTN: RECOVERY<br>OPERATIONS<br>P.O. BOX 7713<br>MARSHFIELD, WI  54449-7713 | Unsecured | | $0.00 | $256.88 | $256.88 |
| 9<br>70<br>7100 | ASSET ACCEPTANCE, LLC<br>ASSIGNEE TARG<br>PO BOX 2036<br>WARREN, MI  48090 | Unsecured | | $0.00 | $2,993.23 | $2,993.23 |
| 10<br>70<br>7100 | ASSET ACCEPTANCE,LLC<br>ASSIGNEE BLAIR<br>PO BOX 2036<br>WARREN, MI  48090 | Unsecured | | $0.00 | $516.18 | $516.18 |
| 11<br>70<br>7100 | ASSET ACCEPTANCE<br>ASSIGNEE BP<br>PETROLEUM PRIVATE<br>LABEL/CHASE<br>P.O. BOX 2036<br>WARREN, MI  48090 | Unsecured | Extended Check Description Notes from conversion:<br>CREDITOR'S NAME. (MODIFIED ON 11/15/11) | $0.00 | $665.99 | $665.99 |

UST Form 101-7-TFR (5/1/2011) *(Page: 19)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-34825-CAD

Date: March 27, 2017

Debtor Name: MICHAEL JOSEPH LESAK

Claims Bar Date: 1/23/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 12<br>70<br>7100 | ASSET ACCEPTANCE, LLC<br>ASSIGNEE<br>WOMAN WITHIN/WORLD<br>FINANCIAL NETWORK<br>NATIONAL BANK<br>P.O. BOX 2036<br>WARREN, MI  48090 | Unsecured | Extended Check Description Notes from conversion:<br>CREDITOR'S NAME. (MODIFIED ON 11/15/11) | $0.00 | $987.28 | $987.28 |
| 13<br>70<br>7100 | ASSET ACCEPTANCE, LLC<br>ASSIGNEE CITI<br>PO BOX 2036<br>WARREN, MI  48090 | Unsecured | | $0.00 | $5,221.53 | $5,221.53 |
| 14<br>70<br>7100 | MIDLAND CREDIT<br>MANAGEMENT, INC.<br>8875 AERO DRIVE, SUITE 200<br>SAN DIEGO, CA  92123 | Unsecured | | $0.00 | $2,453.50 | $2,453.50 |
| 15B<br>70<br>7100 | ILLINOIS DEPARTMENT OF<br>REVENUE BANKRUPTCY<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Unsecured | | $0.00 | $4,443.54 | $4,443.54 |
| 16<br>69<br>7100 | MIDLAND CREDIT<br>MANAGEMENT, INC.<br>8875 AERO DRIVE, SUITE 200<br>SAN DIEGO, CA  92123 | Unsecured | | $0.00 | $23,185.31 | $23,185.31 |
| 17<br>70<br>7100 | MIDLAND CREDIT<br>MANAGEMENT, INC.<br>8875 AERO DRIVE, SUITE 200<br>SAN DIEGO, CA  92123 | Unsecured | | $0.00 | $5,434.42 | $5,434.42 |
| 18<br>70<br>7100 | PORTFOLIO RECOVERY<br>ASSOCIATES, LLC<br>HSBC CARD SERVICES (III),<br>INC.<br>(ORCHARD/SUB PRIME) PRA<br>RECEIVABLES MGMT<br>P.O. BOX 41067<br>NORFOLK, VA  23541 | Unsecured | Extended Check Description Notes from conversion:<br>CREDITOR'S NAME. (MODIFIED ON 1/23/12) | $0.00 | $571.70 | $571.70 |
| 19<br>70<br>7100 | ROCKFORD MERCANTILE<br>AGENCY, INC<br>2502 SOUTH ALPINE ROAD<br>ROCKFORD, ILLINOIS  61108 | Unsecured | | $0.00 | $243.77 | $243.77 |
| | Case Totals | | | $0.00 | $93,303.63 | $93,303.63 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 20)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-34825
Case Name: MICHAEL JOSEPH LESAK
          ELLEN MARIE LESAK
Trustee Name: BARRY A. CHATZ

Balance on hand                    $        78,518.21

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $        8,333.57 | $        0.00 | $        8,333.57 |
| Trustee Expenses: BARRY A. CHATZ | $        187.00 | $        0.00 | $        187.00 |
| Attorney for Trustee Fees: COHEN & KROL | $        17,058.00 | $        15,064.50 | $        1,993.50 |
| Charges: United States Bankruptcy Court | $        250.00 | $        0.00 | $        250.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $        78.78 | $        78.78 | $        0.00 |

Total to be paid for chapter 7 administrative expenses        $        10,764.07

Remaining Balance        $        67,754.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 998.47  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15A | ILLINOIS DEPT OF REVENUE BANKRUPTCY | $          998.47 | $          0.00 | $          998.47 |
| | Total to be paid to priority creditors | | $ | 998.47 |
| | Remaining Balance | | $ | 66,755.67 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 58,109.61  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | MIDLAND CREDIT MANAGEMENT, INC. | $       23,185.31 | $          0.00 | $       23,185.31 |
| 1 | ATLAS ACQUISTIONS LLC | $          677.59 | $          0.00 | $          677.59 |
| 2 | ATLAS ACQUISTIONS LLC | $        3,657.18 | $          0.00 | $        3,657.18 |
| 3 | ATLAS ACQUISTIONS LLC | $        2,058.68 | $          0.00 | $        2,058.68 |
| 4 | ATLAS ACQUISTIONS LLC | $          594.73 | $          0.00 | $          594.73 |
| 5 | RJM ACQUISITIONS LLC | $           65.08 | $          0.00 | $           65.08 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | NORTH STAR CAPITAL ACQUISITION | $ 3,528.03 | $ 0.00 | $ 3,528.03 |
| 7 | NORTH STAR CAPITAL ACQUISITION | $ 554.99 | $ 0.00 | $ 554.99 |
| 8 | FIGI'S INC. | $ 256.88 | $ 0.00 | $ 256.88 |
| 9 | ASSET ACCEPTANCE, LLC ASSIGNEE TARG | $ 2,993.23 | $ 0.00 | $ 2,993.23 |
| 10 | ASSET ACCEPTANCE,LLC ASSIGNEE BLAIR | $ 516.18 | $ 0.00 | $ 516.18 |
| 11 | ASSET ACCEPTANCE ASSIGNEE BP | $ 665.99 | $ 0.00 | $ 665.99 |
| 12 | ASSET ACCEPTANCE, LLC ASSIGNEE | $ 987.28 | $ 0.00 | $ 987.28 |
| 13 | ASSET ACCEPTANCE, LLC ASSIGNEE CITI | $ 5,221.53 | $ 0.00 | $ 5,221.53 |
| 14 | MIDLAND CREDIT MANAGEMENT, INC. | $ 2,453.50 | $ 0.00 | $ 2,453.50 |
| 15B | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY | $ 4,443.54 | $ 0.00 | $ 4,443.54 |
| 17 | MIDLAND CREDIT MANAGEMENT, INC. | $ 5,434.42 | $ 0.00 | $ 5,434.42 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 571.70 | $ 0.00 | $ 571.70 |
| 19 | ROCKFORD MERCANTILE AGENCY, INC | $ 243.77 | $ 0.00 | $ 243.77 |

Total to be paid to timely general unsecured creditors     $ 58,109.61

Remaining Balance     $ 8,646.06

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 357.86 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 8,288.20 .