# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| MICHAEL JOSEPH LESAK and ELLEN MARIE LESAK, | Case No. 11-34825 |
| Debtors. | Honorable Carol A. Doyle |

## CERTIFICATE OF SERVICE BY MAIL

I, Barry A. Chatz, an attorney, certify I caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to all creditors and other parties in interest of Michael Joseph Lesak and Ellen Marie Lesak, which are listed on the attached Service List by deposit in U.S. Mail, first class postage prepaid, on March 27, 2017.

/s/ Barry A Chatz, Trustee

Barry A. Chatz (ARDC# 06196639)
120 South Riverside Plaza
Suite 1200
Chicago, IL  60606
(312) 876-7100
(312) 876-0288 Facsimile
bachatz@arnstein.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 11-34825<br>Northern District of Illinois<br>Chicago<br>Thu Mar 23 17:18:32 CDT 2017 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Nationwide Advantage Mortgage Company<br>C/O Codilis & Associates, P.C.<br>15W030 North Frontage Rd<br>Suite 100<br>Burr Ridge, IL 60527-6921 |
| | American Home Mtg Svci<br>1525 S Belt Line Rd<br>Coppell, TX 75019-4913 | Americas Servicing Co<br>Po Box 10328<br>Des Moines, IA 50306-0328 |
| Ann Arbor Financial Sv<br>1829 W Stadium Blvd<br>Ann Arbor, MI 48103-7012 | Asset Accept (Original Creditor:01<br>Pob 1630<br>Warren, MI 48090-1630 | Asset Acceptance, LLC assignee<br>Woman Within/World Financial Network<br>National Bank<br>P.O. Box 2036<br>Warren, MI 48090-2036 |
| Asset Acceptance, LLC assignee CITIBANK<br>PO Box 2036<br>Warren, MI 48090-2036 | Asset Acceptance, LLC assignee TARGET<br>PO Box 2036<br>Warren, MI 48090-2036 | Asset Acceptance,LLC assignee<br>British Petroleum Private Label/Chase<br>P.O. Box 2036<br>Warren, MI 48090-2036 |
| Asset Acceptance,LLC assignee BLAIR/WFCB<br>PO Box 2036<br>Warren, MI 48090-2036 | Atlas Acquisitions LLC<br>Assignee of Citibank - Citg Consumer<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Atlas Acquisitions LLC<br>Assignee of GE Capital - Sam's Club<br>294 Union St.<br>Hackensack, NJ 07601-4303 |
| Atlas Acquistions LLC<br>Assignee of Citibank - SHEL Consumer<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Atlas Acquistions LLC<br>Assignee of Citibank - Sears Gold Master<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Beneficial/Hfc<br>Po Box 3425<br>Buffalo, NY 14240-3425 |
| Blair Corporation<br>220 Hickory St<br>Warren, PA 16366-0001 | Cap One<br>Pob 30281<br>Salt Lake City, UT 84130-0281 | Catherines<br>Catherines/Tape Reporting<br>Bensalem, PA 19020 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Manhattan Mtge<br>3415 Vision Dr<br>Columbus, OH 43219-6009 | |
| Citgo/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Citi<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | (p)CITIFINANCIAL<br>BANKRUPTCY FORECLOSURE UNIT<br>1000 TECHNOLOGY DRIVE<br>OFALLON MO 63368-2239 |
| | Figi's Inc.<br>attn: Recovery Operations<br>P.O. Box 7713<br>Marshfield, WI 54449-7713 | Frd Motor Cr<br>Pob 542000<br>Omaha, NE 68154-8000 |

Gemb/Empire
Po Box 981439
El Paso, TX 79998-1439

Gemb/Sams
Po Box 965005
Orlando, FL 32896-5005

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197-5253

Hsbc/Rhode
Pob 15521
Wilmington, DE 19850-5521

IRS- Centralized Insolvency Operatn
PO Box 7346
Philadelphia, PA 19101-7346

Illinois Dept of Revenue Bankruptcy
PO Box 64338
Chicago, IL 60664-0338

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Macysdsnb
911 Duke Blvd
Mason, OH 45040

Mercury Finance Compan
7300 N Western Ave
Chicago, IL 60645-1857

Metabnk/Fhut
6250 Ridgewood Roa
Saint Cloud, MN 56303-0820

Mid Amer Fsl
55th And Holmes Suite 302
Clarendon Hill, IL 60514

Midland Credit Management Inc
2365 Northside Drive, Suite 300
San Diego, CA 92108-2709

Nationwide Advantage
1701 48th St, Suite 100
West Des Moines, IA 50266-6723

Nationwide Credit & Co (Original Cr
815 Commerce Dr Ste 100
Oak Brook, IL 60523-8839

Nco Fin/33 (Original Creditor:Medl
Pob 15609
Wilmington, DE 19850-5609

Nicor Gas
1844 Ferry Road
Naperville, IL 60563-9600

North Star Capital Acquisition
170 Northpointe Pkwy
Suite 300
Amherst, NY 14228-1992

Pnc Bank
1001 S Washington St
Naperville, IL 60540-7400

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Rjm Acq Llc (Original Creditor:Lite
575 Underhill Blvd Ste 2
Syosset, NY 11791-3426

Rjm Acquisitions Llc
575 Underhill Blvd
Suite 224
Syosset, NY 11791-3416

Rnb-Fields3
Po Box 9475
Minneapolis, MN 55440-9475

Rockford Mercantile (Original Credi
2502 S Alpine Rd
Rockford, IL 61108-7813

Rockford Mercantile Agency, Inc
2502 South Alpine Road
Rockford, Illinois 61108-7813

Sears/Cbna
Po Box 6189
Sioux Falls, SD 57117-6189

Swiss Colony
1112 7th Ave
Monroe, WI 53566-1364

Wfcb/Blair Catalog
Po Box 2974
Shawnee Mission, KS 66201-1374

Wff Cards
3201 N 4th Ave
Sioux Falls, SD 57104-0700

Wffinance
800 Walnut St
Des Moines, IA 50309-3504

Wfnnb/Lane Bryant
4590 E Broad St
Columbus, OH 43213-1301

Wfnnb/Woman/Within
4590 E Broad St
Columbus, OH 43213-1301

Zenith Acquisition C (Original Cred
170 North Pointe Parkway
Amherst, NY 14228-1991


Gina B. Krol
Cohen & Krol
105 W. Madison St.
Suite 1100
Chicago,, IL 60602-4600

Joseph E. Cohen
Cohen & Krol
105 W. Madison Street
Suite 1100
Chicago, IL 60602-4600

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Subramaniam Chandraiah
Chicago Bankrupty Help / Chandraiah Law
512 W Burlington Ave, Suite 6B
La Grange, IL 60525-2221

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | § § |
| MICHAEL JOSEPH LESAK<br>ELLEN MARIE LESAK | § § § Case No. 11-34825 § |
| Debtors | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Wednesday, May 3, 2017 in Courtroom 742, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/27/2017          By: /s/ Barry A. Chatz, Trustee
                                         Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          §
                                                §
MICHAEL JOSEPH LESAK                            §    Case No. 11-34825
ELLEN MARIE LESAK                               §
                                                §
         Debtors                                §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 109,959.58 |
| and approved disbursements of | $ | 31,441.37 |
| leaving a balance on hand of[1] | $ | 78,518.21 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 8,333.57 | $ 0.00 | $ 8,333.57 |
| Trustee Expenses: BARRY A. CHATZ | $ 187.00 | $ 0.00 | $ 187.00 |
| Attorney for Trustee Fees: COHEN & KROL | $ 17,058.00 | $ 15,064.50 | $ 1,993.50 |
| Charges: United States Bankruptcy Court | $ 250.00 | $ 0.00 | $ 250.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 78.78 | $ 78.78 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 10,764.07 |
| Remaining Balance | $ 67,754.14 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 998.47 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 15A | ILLINOIS DEPT OF REVENUE BANKRUPTCY | $ 998.47 | $ 0.00 | $ 998.47 |

Total to be paid to priority creditors     $ 998.47

Remaining Balance     $ 66,755.67

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 58,109.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | MIDLAND CREDIT MANAGEMENT, INC. | $ 23,185.31 | $ 0.00 | $ 23,185.31 |
| 1 | ATLAS ACQUISITIONS LLC | $ 677.59 | $ 0.00 | $ 677.59 |
| 2 | ATLAS ACQUISTIONS LLC | $ 3,657.18 | $ 0.00 | $ 3,657.18 |
| 3 | ATLAS ACQUISITIONS LLC | $ 2,058.68 | $ 0.00 | $ 2,058.68 |
| 4 | ATLAS ACQUISTIONS LLC | $ 594.73 | $ 0.00 | $ 594.73 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | RJM ACQUISITIONS LLC | $ 65.08 | $ 0.00 | $ 65.08 |
| 6 | NORTH STAR CAPITAL ACQUISITION | $ 3,528.03 | $ 0.00 | $ 3,528.03 |
| 7 | NORTH STAR CAPITAL ACQUISITION | $ 554.99 | $ 0.00 | $ 554.99 |
| 8 | FIGI'S INC. | $ 256.88 | $ 0.00 | $ 256.88 |
| 9 | ASSET ACCEPTANCE, LLC ASSIGNEE TARG | $ 2,993.23 | $ 0.00 | $ 2,993.23 |
| 10 | ASSET ACCEPTANCE,LLC ASSIGNEE BLAIR | $ 516.18 | $ 0.00 | $ 516.18 |
| 11 | ASSET ACCEPTANCE ASSIGNEE BP | $ 665.99 | $ 0.00 | $ 665.99 |
| 12 | ASSET ACCEPTANCE, LLC ASSIGNEE | $ 987.28 | $ 0.00 | $ 987.28 |
| 13 | ASSET ACCEPTANCE, LLC ASSIGNEE CITI | $ 5,221.53 | $ 0.00 | $ 5,221.53 |
| 14 | MIDLAND CREDIT MANAGEMENT, INC. | $ 2,453.50 | $ 0.00 | $ 2,453.50 |
| 15B | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY | $ 4,443.54 | $ 0.00 | $ 4,443.54 |
| 17 | MIDLAND CREDIT MANAGEMENT, INC. | $ 5,434.42 | $ 0.00 | $ 5,434.42 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 571.70 | $ 0.00 | $ 571.70 |
| 19 | ROCKFORD MERCANTILE AGENCY, INC | $ 243.77 | $ 0.00 | $ 243.77 |

Total to be paid to timely general unsecured creditors        $      58,109.61

Remaining Balance                                             $       8,646.06

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 357.86 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 8,288.20 .

Prepared By: /s/ Barry A. Chatz, Trustee
Trustee

BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL  60606

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.